◼ In the Matter of JAMES R. MERCER, JR., Petitioner, v ANTHONY F. ZON, as Superintendent of Wende Correctional Facility, Respondent. [793 NYS2d 820]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Michael L. D'Amico, A.J.], entered September 22, 2004) to review a determination of respondent. The determination found after a Tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Kehoe, J.P., Gorski, Smith, Pine and Hayes, JJ.